**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jeffrey M. Goldman (SBN 233840)
jeffrey.goldman@troutman.com
Matthew H. Ladner (SBN 284594)
matthew.ladner@troutman.com
Andrick J. Zeen (SBN 335646)
andrick.zeen@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for Defendant*
UPONOR, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| CALIFORNIA AUTOMOBILE INSURANCE COMPANY <br><br> Plaintiff, <br><br> v. <br><br> UPONOR, INC., and Does 1 to 30. <br><br> Defendants. | Case No. <br><br> **NOTICE OF REMOVAL BY DEFENDANT UPONOR, INC.** <br><br> [Filed concurrently with Civil Cover Sheet, Certificate of Compliance, Certificate of Service, and Disclosure Statement] <br><br> Complaint Filed:    April 3, 2024 <br> Trial Date:        None Set |

1

NOTICE OF REMOVAL BY DEFENDANT UPONOR, INC.

<u>**NOTICE OF REMOVAL BY DEFENDANT UPONOR, INC.**</u>

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Defendant Uponor, Inc ("**Defendant**") removes the State Court Action, *California Automobile Insurance Company v. Uponor, Inc.*, *and Does 1 to 30*, Case No. 30-2024-01391363-CU-PL-CJC, from the Superior Court of California, County of Orange (the "**State Court Action**"), to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1332(a) on the basis that there is complete diversity of citizenship as between Plaintiff California Automobile Insurance Company ("**Plaintiff**") and Defendant.  In support of this Notice of Removal, Defendant states as follows:

**I.    <u>THE STATE COURT ACTION</u>**

Plaintiff filed a Complaint against Defendant on April 3, 2024, in the Superior Court of the State of California for the County of Orange, Case No. 30-2024-01391363-CU-PL-CJC.  The operative Complaint alleges three causes of action: (1) Strict Liability, (2) Negligence, and (3) Breach of Implied Warranty, stemming from the purported installation of "Uponor AquaPEX cross-linked polyethylene household water tubing which fractured and leaked water into the home of Fred Ornelas, 28411 Via Alfonse, Laguna Nigel, CA, causing damage amounting to $81,214.  Plaintiff indemnified Fred Ornelas for the damages pursuant to a policy of insurance."  *See* Compl. at p. 4.

True and correct copies of all State Court process, pleadings, and orders served upon Defendant are collectively attached as **Exhibit A**, in accordance with 28 U.S.C. § 1446(a).

**II.    <u>GROUNDS FOR REMOVAL</u>**

Removal of this case is proper under 28 U.S.C. § 1441(a), which provides that "any civil action brought in a state court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the

NOTICE OF REMOVAL BY DEFENDANT UPONOR, INC.

defendants, to the district court of the United States for the district and division embracing the place where such action is pending."

Defendant seeks to remove this case to the United States District Court for the Central District of California, the District Court embracing the place where the Action was filed.

This Court has original jurisdiction over this action under 28 U.S.C. § 1332(a), and Defendant may remove this action because:

(a) there is complete diversity of citizenship between Plaintiff on the one hand, and Defendant on the other hand; and

(b) the amount in controversy exceeds $75,000 exclusive of interests and costs.

## III.   THE REQUIREMENTS FOR REMOVAL ARE SATISFIED

Defendant received its service copy of the Summons and Complaint on August 26, 2024, via certified/registered mail.

A notice of removal must be filed "within 30 days after the receipt by the defendant, through service or otherwise, of a copy of the initial pleading." 28 U.S.C. § 1446(b)(1). This Notice of Removal is thus filed within the thirty-day period required by 28 U.S.C. § 1446(b)(1).

As required by 28 U.S.C. § 1446(d), Defendant will file in the State Court Action and serve on all parties a Notice to Opposing Party of Removal and this Notice of Removal.

Finally, venue is proper in this Court because the United States District Court for the Central District of California embraces the county in which the State Court Action is now pending. 28 U.S.C. §§ 1441(a), 84(c).

### a.   The Amount in Controversy Requirement is Satisfied

The amount in controversy requirement is satisfied since Plaintiff's Complaint alleges damages—exclusive of interests and costs—in the amount of $81,214.12. Compl. at p. 3. Since it is facially apparent that the Complaint seeks

damages in excess of $75,000, the amount in controversy requirement is satisfied. *See* 28 U.S.C. § 1332. *Id.*

### b. Complete Diversity Exists Between the Parties

Defendant is an Illinois corporation with its principal place of business located in Minnesota. Therefore, Defendant is a citizen of Illinois and Minnesota. 28 USC § 1332(c)(1). Plaintiff is a California corporation having been incorporated in California and its principal place of business is located in California. Therefore, Plaintiff is a citizen of California. *Id.* Consequently, there is complete diversity of citizenship as between Plaintiff and Defendant.

## IV.   RESERVATION OF RIGHTS, POSITIONS, AND DEFENSES

Defendant has not yet filed any answer or other responsive pleading or motion in the State Court Action, as its deadline for doing so has not yet expired.

Defendant files this Notice and removes this Action in express reservation, and without waiver, of all rights, positions, and defenses it has, or may have, with respect to the Complaint and Plaintiff's claims and damages alleged therein, including, but not limited to, the defenses or objections under Federal Rule of Civil Procedure 12(b) or otherwise, and the right to compel arbitration. Defendant reserves the right to raise and pursue all such positions and defenses, and any all applicable rights, claims, defenses, and positions, in this Court following removal.

## V.   CONCLUSION

For the above reasons, federal jurisdiction exists under 18 U.S.C. § 1332(a) and removal is appropriate under 28 U.S.C. § 1442(a).

Dated: September 17, 2024          **TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: */s/ Jeffrey M. Goldman*
Jeffrey M. Goldman
*Attorney for Defendant Uponor, Inc.*

NOTICE OF REMOVAL BY DEFENDANT UPONOR, INC.