Electronically Filed by Superior Court of California, County of Orange, 04/03/2024 02:55:53 PM.
30-2024-01391363-CU-PL-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By K. Climer, Deputy Clerk.
Case 8:24-cv-02004-JWH-ADS    Document 1-1    Filed 09/17/24    Page 1 of 4    Page ID #:5

PLD-PI-001

| ATTORNEY OR PARTY WITHOUT ATTORNEY | | FOR COURT USE ONLY |
|---|---|---|
| NAME: Philip A. Fant<br>FIRM NAME: FANT LAW OFFICE<br>STREET ADDRESS: P.O. Box 695<br>CITY: Kentfield  STATE: CA  ZIP CODE: 94914<br>TELEPHONE NO.: 415-747-8787  FAX NO.: 415-532-2501<br>EMAIL ADDRESS: pfant@fantlaw.com<br>ATTORNEY FOR (name): California Automobile Insurance Company | STATE BAR NUMBER: 154600 | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92677
BRANCH NAME: Central Justice Center

PLAINTIFF: California Automobile Insurance Company
DEFENDANT: Uponor, Inc. and
[x] DOES 1 TO 30_____

| COMPLAINT—Personal Injury, Property Damage, Wrongful Death | CASE NUMBER: |
|---|---|
| [ ] AMENDED (Number):<br>Type (check all that apply):<br>[ ] MOTOR VEHICLE  [x] OTHER (specify): SUBROGATION<br>  [x] Property Damage  [ ] Wrongful Death<br>  [ ] Personal Injury  [ ] Other Damages (specify):<br>Jurisdiction (check all that apply):<br>[ ] ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)<br>  Amount demanded  [ ] does not exceed $10,000<br>              [ ] exceeds $10,000<br>[x] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)<br>[ ] ACTION IS RECLASSIFIED by this amended complaint<br>    [ ] from limited to unlimited<br>    [ ] from unlimited to limited | 30-2024-01391363-CU-PL-CJC<br><br>**Assigned for All Purposes**<br><br>Judge Gassia Apkarian |

1. **Plaintiff** (name or names): California Automobile Insurance Company
   alleges causes of action against **defendant** (name or names):
   Uponor, Inc. and Does 1 to 30

2. This pleading, including attachments and exhibits, consists of the following number of pages: 4

3. Each plaintiff named above is a competent adult
   a. [x] **except** plaintiff (name): California Automobile Insurance Company
       (1) [x] a corporation qualified to do business in California.
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor  [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
           (b) [ ] other (specify):
       (5) [ ] other (specify):
   b. [ ] **except** plaintiff (name):
       (1) [ ] a corporation qualified to do business in California.
       (2) [ ] an unincorporated entity (describe):
       (3) [ ] a public entity (describe):
       (4) [ ] a minor  [ ] an adult
           (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
           (b) [ ] other (specify):
       (5) [ ] other (specify):

   [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

| Form Approved for Optional Use<br>Judicial Council of California<br>PLD-PI-001 [Rev. January 1, 2024] | **COMPLAINT—Personal Injury, Property Damage, Wrongful Death** | Code of Civil Procedure, § 425.12<br>www.courts.ca.gov |
|---|---|---|

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

4. ☐ Plaintiff *(name):*
   is doing business under the fictitious name *(specify):*

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

   a. ☒ **except** defendant *(name):* Uponor, Inc.
      (1) ☐ a business organization, form unknown.
      (2) ☒ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   c. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   b. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   d. ☐ **except** defendant *(name):*
      (1) ☐ a business organization, form unknown.
      (2) ☐ a corporation.
      (3) ☐ an unincorporated entity *(describe):*

      (4) ☐ a public entity *(describe):*

      (5) ☐ other *(specify):*

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.

   a. ☐ Doe defendants *(specify Doe numbers):*                  were the agents or employees of other named defendants and acted within the scope of that agency or employment.

   b. ☒ Doe defendants *(specify Doe numbers):* 1 to 30          are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☐ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☒ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify):*

9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify):*

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*

a. ☐ Motor Vehicle

b. ☐ General Negligence

c. ☐ Intentional Tort

d. ☒ Products Liability

e. ☐ Premises Liability

f. ☐ Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*

a. ☐ wage loss.

b. ☐ loss of use of property.

c. ☐ hospital and medical expenses.

d. ☐ general damage.

e. ☒ property damage.

f. ☐ loss of earning capacity.

g. ☒ other damage *(specify):*
   Plaintiff's insured has suffered property damage and loss of use of property.

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are

a. ☐ listed in Attachment 12.

b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for

a. (1) ☒ compensatory damages.

   (2) ☐ punitive damages.

b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*

   (1) ☐ according to proof.

   (2) ☒ in the amount of: $ 81,214.12

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 03/27/2024

Philip A. Fant
_____
(TYPE OR PRINT NAME)

▶ _____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

PLD-PI-001 [Rev. January 1, 2024]

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

Page 3 of 3

For your protection and privacy, please press the Clear This Form button after you have printed the form.

| Print this form | Save this form | | Clear this form |
|---|---|---|---|

PLD-PI-001(5)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| California Automobile Insurance Co. v. Uponor, Inc. | |

FIRST _____ **CAUSE OF ACTION—Products Liability**    Page ____4____
          (number)

ATTACHMENT TO    [✔] Complaint    [ ] Cross - Complaint
*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* California Automobile Insurance Company

Prod. L-1. On or about *(date):* 1/26/2023, the insured of    plaintiff was injured by the following product:
Uponor AguaPEX cross-linked polyethylene household water tubing which fractured and leaked water into the home of Fred Ornelas, 28411 Via Alfonse, Laguna Niguel, CA, causing damages amounting to $81,214. Plaintiff indemnified Fred Ornelas for the damages pursuant to a policy of insurance.

Prod. L-2. Each of the defendants knew the product would be purchased and used without inspection for defects. The product was defective when it left the control of each defendant. The product at the time of injury was being
  [✔] used in the manner intended by the defendants.
  [ ] used in the manner that was reasonably foreseeable by defendants as involving a substantial danger not readily apparent. Adequate warnings of the danger were not given.

Prod. L-3. Plaintiff was a
  [ ] purchaser of the product.          [ ] user of the product.
  [ ] bystander to the use of the product.    [✔] other *(specify):*
                                        insurer of product's purchaser and user.

PLAINTIFF'S INJURY WAS THE LEGAL (PROXIMATE) RESULT OF THE FOLLOWING:

Prod. L- 4.  [✔]  **Count One—Strict liability** of the following defendants who
  a. [✔] manufactured or assembled the product *(names):*
      Uponor, Inc. and
      [✔] Does 1 _____ to 10 _____
  b. [✔] designed and manufactured component parts supplied to the manufacturer *(names):*
      Uponor, Inc. and
      [✔] Does 11 _____ to 20 _____
  c. [✔] sold the product to the public *(names):*
      Uponor, Inc. and
      [✔] Does 21 _____ to 30 _____

Prod. L-5.  [ ]  **Count Two—Negligence** of the following defendants who owed a duty to plaintiff *(names):*

      [ ] Does _____ to _____

Prod. L-6.  [✔]  **Count Three—Breach of warranty** by the following defendants *(names):*
      Uponor, Inc. and
      [✔] Does 21 _____ to 30 _____
  a. [✔] who breached an implied warranty
  b. [ ] who breached an express warranty which was
      [ ] written    [ ] oral

Prod. L-7.  [ ]  The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
      [ ] listed in Attachment-Prod. L-7 [ ] as follows:

Page 1 of 1

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(5) [Rev. January 1, 2007]

**CAUSE OF ACTION—Products Liability**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov