# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UPONOR, INC., and Does 1 to 30,<br><br>Defendant. | Case No.  8:24-cv-02004-JWH-ADS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT UPONOR, INC.'S MOTION FOR MORE DEFINITE STATEMENT**<br><br>Hearing Date:  November 8, 2024<br>Hearing Time:  9:00 a.m.<br>Hearing Place:  Courtroom 9D<br>Judge:  Hon. John W. Holcomb<br><br>Complaint Filed:  April 3, 2024<br>Trial Date:  None Set |

The Court, having considered Defendant Uponor, Inc.'s Motion for More Definite Statement (the "**Motion**") filed against Plaintiff California Automobile Insurance Company ("**Plaintiff**"), HEREBY (i) DISMISSES Plaintiff's Complaint and (ii) ORDERS Plaintiff to file an amended pleading within ____ days.

IT IS SO ORDERED.

Dated:                                        By: /s/ _____

Hon. John W. Holcomb
United States District Judge

- 1 -
[PROPOSED] ORDER