**TROUTMAN PEPPER HAMILTON SANDERS LLP**
Jeffrey M. Goldman (SBN 233840)
jeffrey.goldman@troutman.com
Matthew H. Ladner (SBN 284594)
matthew.ladner@troutman.com
Andrick J. Zeen (SBN 335646)
andrick.zeen@troutman.com
350 South Grand Avenue, Suite 3400
Los Angeles, CA 90071
Telephone: 213.928.9800
Facsimile: 213.928.9850

*Attorneys for Defendant*
UPONOR. INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA AUTOMOBILE INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> UPONOR, INC., and Does 1 to 30, <br><br> Defendant. | Case No. 8:24-cv-02004-JWH-ADS <br><br> **DEFENDANT UPONOR, INC.'S EVIDENTIARY OBJECTIONS TO THE DECLARATION OF ROSE ANNE TOBIN DATED OCTOBER 17, 2024** <br><br> Hearing Date: November 8, 2024 <br> Hearing Time: 9:00 a.m. <br> Hearing Place: Courtroom 9D <br> Judge: Hon. John W. Holcomb <br><br> Complaint Filed: April 3, 2024 <br> Trial Date: None Set |
|---|---|

- 1 -
DEFENDANT UPONOR, INC'S EVIDENTIARY OBJECTIONS TO TOBIN DECLARATION

Defendant UPONOR, INC. ("**Uponor**") submits the following Objections to the Declaration of Rose Anne Tobin In Opposition to Motion for More Definite Statement ("**Tobin Declaration**"), dated October 17, 2024.

| | OBJECTIONS TO DECLARATION OF ROSE ANNE TOBIN DATED OCTOBER 17, 2024 | | |
|---|---|---|---|
| **No.** | **Material Objected to:** | **Grounds for Objection(s)** | **Ruling on Objections** |
| 3. | Tobin Decl., p. 1 Lines 23-25; "On September 6, 2023, I submitted by email a 101-page subrogation demand to Uponor claims manager Christy Wegner. That demand included documents detailing each and every item of the claim, including repair estimates and receipts." | • **Hearsay**; Fed. R. Evid. 802 <br><br>• **Best Evidence Rule**: Fed. R. Evid. 1002 <br><br>• **Lacks Foundation**: Fed. R. Evid. 602 <br><br>Paragraph 3 of the Tobin Declaration purports to summarize the contents of hearsay documents without attaching or authenticating them. | ☐ Sustained <br> ☐ Overruled |
| 4. | Tobin Decl., p. 1 Lines 26-27; "Prior to NSS's involvement with the claim, the fractured section of the subject PEX pipe was submitted to Uponor, Inc." | • **Lacks Foundation**: Fed. R. Evid. 602 <br><br>Paragraph 4 of the Tobin Declaration lacks authentication as Ms. Tobin does not set forth any specific facts establishing personal knowledge | ☐ Sustained <br> ☐ Overruled |

DEFENDANT UPONOR, INC'S EVIDENTIARY OBJECTIONS TO TOBIN DECLARATION

| | | regarding the events that occurred "[p]rior to NSS's involvement with the claim" or familiarity with "PEX pipe" and evidence submitted to Uponor. | |
|---|---|---|---|

Dated:  October 25, 2024

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ *Jeffrey M. Goldman*
    Jeffrey M. Goldman
    *Attorneys for Defendant Uponor, Inc.*

- 3 -

DEFENDANT UPONOR, INC'S EVIDENTIARY OBJECTIONS TO TOBIN DECLARATION

303375030