# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## CIVIL MINUTES - GENERAL

| Case No. | 8:24-cv-02004-JWH(ADSx) | Date | November 8, 2024 |
|---|---|---|---|
| Title | *California Automobile Insurance Company v. Uponor, Inc. et al.* | | |

Present: The Honorable    JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Deborah Parker |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorney(s) Present for Plaintiff(s):<br>Philip A. Fant | Attorney(s) Present for Defendant(s):<br>Jeffrey M. Goldman |

**Proceedings:    HEARING RE: DEFENDANT'S MOTION FOR MORE DEFINITE STATEMENT [12]; SCHEDULING CONFERENCE**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  For the reasons stated on the record, the Court hereby **ORDERS** as follows:

1.     Defendant's Motion for a More Definite Statement Under Rule 12(e) [ECF No. 12] is **DENIED.**

2.     The deadline for Defendants to respond to the Complaint is November 22, 2024.

3.     The Court sets a trial schedule.  The Court will issue a separate trial scheduling order.

**IT IS SO ORDERED.**

Time:    00:40

Initials of Preparer: cla