Philip A. Fant (SBN 154600)
P.O. Box 695
Kentfield, CA 94914
Telephone: (415) 747-8787
Facsimile: (415) 532-2501
pfant@fantlaw.com

Attorney for Plaintiff,
California Automobile Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CALIFORNIA AUTOMOBILE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UPONOR, INC.,<br><br>Defendant. | Case No.  8:24-cv-02004-JWH-ADS<br><br><br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, and with the consent of defendant Uponor, Inc., plaintiff California Automobile Insurance Company hereby dismisses its action herein, with prejudice and with each party to bear its own costs and attorney fees.

Dated: September 18, 2025

/s/ Philip A. Fant_____
Philip A. Fant
Attorney for Plaintiff,
California Automobile Insurance
Company

STIPULATION OF DISMISSAL-Page 1

So stipulated by defendant Uponor, Inc.


Dated: September 18, 2025

/s/ *Jeffrey M. Goldman*
Jeffrey M. Goldman
Attorney for Defendant,
Uponor, Inc.

STIPULATION OF DISMISSAL-Page 2